PHILLIP A. TALBERT
United States Attorney
STEPHANIE M. STOKMAN
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

**FILED**
Nov 30, 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAMIRO AGUILAR,<br><br>Defendant. | CASE NO.   1:23-cr-00229 ADA-BAM<br><br>MOTION AND PROPOSED ORDER TO SEAL INDICTMENT |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on November 30, 2023 charging the above defendant with violations of 18 U.S.C. § 751(a) – Escape, be kept secret until the defendant named in this Indictment is either in custody or has been given bail on these offenses; and further order that until such time as the defendant is in custody or has been given bail, that no person shall disclose the finding of the Indictment or any warrants issued pursuant thereto, except when necessary for the

///

///

///

Motion to Seal Indictment   1

issuance and execution of the warrants.

Dated: November 30, 2023     Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

By   /s/ STEPHANIE M. STOKMAN
STEPHANIE M. STOKMAN
Assistant U.S. Attorney

IT IS SO ORDERED.

Dated:  November 30, 2023     _____
BARBARA A. MCAULIFFE
U.S. Magistrate Judge