PHILLIP A. TALBERT
United States Attorney
ARELIS M. CLEMENTE
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4041
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:23-CR-00229-ADA-BAM |
|---|---|
| Plaintiff, | MOTION AND ORDER TO UNSEAL CASE |
| v. | |
| RAMIRO AGUILAR, | |
| Defendant. | |

The government moves the Court to unseal the Indictment and all other filings in this case. On March 7, 2024, the defendant was arrested. He will make his initial appearance on March 8, 2023. Therefore, the case should be unsealed to advise the defendant of the charges against him.

Dated: March 7, 2024

Very truly yours,
PHILLIP A. TALBERT
United States Attorney

/s/ Arelis M. Clemente
ARELIS M. CLEMENTE
Assistant United States Attorney

1

PHILLIP A. TALBERT
United States Attorney
JOSEPH BARTON
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4041
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:23-CR-00229-ADA-BAM |
|---|---|
| Plaintiff, | ORDER TO UNSEAL CASE |
| v. | |
| RAMIRO AGUILAR, | |
| Defendant. | |

    Good cause appearing due to the defendant's pending initial appearance in this case, it is ordered that the Indictment and other court filings in the case be UNSEALED.

IT IS SO ORDERED.

Dated: __March 8, 2024__      _____
                                                UNITED STATES MAGISTRATE JUDGE

2