1  PHILLIP A. TALBERT
   United States Attorney
2  STEPHANIE M. STOKMAN
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone:    (559) 497-4000
   Facsimile:     (559) 497-4099
5
   Attorneys for Plaintiff
6  United States of America

7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,          CASE NO.  1:23-CR-00229-NODJ-BAM

                                        STIPULATION REGARDING EXCLUDABLE
12                        Plaintiff,    TIME PERIODS UNDER SPEEDY TRIAL ACT;
                                        FINDINGS AND ORDER
13           v.

   RAMIRO AGUILAR,                      DATE: March 27, 2024
14                                      TIME: 1:00 p.m.
                         Defendants.    COURT: Hon. Barbara A. McAuliffe
15

16

                         **STIPULATION**
17

       Plaintiff United States of America, by and through its counsel of record, and defendants, by and
18
   through defendants' counsel of record, hereby stipulate as follows:
19
       1.       By previous order, this matter was set for status on March 27, 2024.
20
       2.       By this stipulation, defendant now moves to continue the status conference until May 22,
21
   2024, and to exclude time between March 27, 2024, and May 22, 2024, under 18 U.S.C.
22
   § 3161(h)(7)(A), B(iv) [Local Code T4].
23
       3.       The parties agree and stipulate, and request that the Court find the following:
24
       a)       The government has represented that the discovery associated with this case
25
   includes reports, photographs, and audio files. All of this discovery has been either produced
26
   directly to counsel and/or made available for inspection and copying.
27
       b)       Counsel for defendant desires additional time to further review discovery, discuss
28
   potential resolution with her client and the government, and investigate and prepare for trial.

STIPULATION REGARDING EXCLUDABLE TIME          1
PERIODS UNDER SPEEDY TRIAL ACT

1    c)    Counsel for defendant believes that failure to grant the above-requested

2  continuance would deny him/her the reasonable time necessary for effective preparation, taking

3  into account the exercise of due diligence.

4    d)    The government does not object to the continuance.

5    e)    Based on the above-stated findings, the ends of justice served by continuing the

6  case as requested outweigh the interest of the public and the defendant in a trial within the

7  original date prescribed by the Speedy Trial Act.

8    f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

9  et seq., within which trial must commence, the time period of March 27, 2024 to May 22, 2024,

10  inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4]

11  because it results from a continuance granted by the Court at defendants' request on the basis of

12  the Court's finding that the ends of justice served by taking such action outweigh the best interest

13  of the public and the defendants in a speedy trial.

14    g)    The parties also agree that this continuance is necessary for several reasons,

15  including but not limited to, the need to permit time for the parties to exchange supplemental

16  discovery, engage in plea negotiations, and for the defense to continue its investigation and

17  preparation, pursuant to 18 U.S.C. § 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

18    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

19  Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

20  must commence.

21    IT IS SO STIPULATED.

22

23  Dated: March 14, 2024                    PHILLIP A. TALBERT
                                             United States Attorney

24

25                                           /s/ STEPHANIE M. STOKMAN
                                             STEPHANIE M. STOKMAN
26                                           Assistant United States Attorney

27

28

STIPULATION REGARDING EXCLUDABLE TIME          2
PERIODS UNDER SPEEDY TRIAL ACT

Dated:  March 14, 2024

/s/ LAURA MYERS
LAURA MYERS
Counsel for Defendant
RAMIRO AGUILAR

## **ORDER**

IT IS SO ORDERED that the status conference is continued from March 27, 2024, to **May 22, 2024, at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**.  Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:   **March 18, 2024**

/s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3