HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
LAURA MYERS, IL Bar #6338417
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
RAMIRO AGUILAR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:23-cr-00229-NODJ-BAM |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER** |
| vs. | |
| Ramiro Aguilar, | Date:   January 8, 2025<br>Time:  1:00 p.m. |
| Defendant. | Judge: Hon. Barbara A. McAuliffe |

   IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Stephanie Stokman, counsel for plaintiff, and Assistant Federal Defender Laura Myers, counsel for Ramiro Aguilar, that the status conference currently scheduled for November 7, 2024, at 1:00 p.m. may be continued to January 8, 2025, at 1:00 p.m.

   The parties agree and stipulate, and request that the Court find the following. The government has provided initial discovery.  The government extended a plea offer on November 1, 2024.  Defense counsel requires a small amount of additional time to fully discuss the plea offer with Mr. Aguilar.

   In light of the above, the parties are requesting that the matter be continued for a further status conference. The requested continuance will conserve time and resources for the parties and the Court.

   Based on the above-stated findings, the ends of justice served by continuing the case as

1  requested outweigh the interest of the public and the defendant in a trial within the original date
2  prescribed by the Speedy Trial Act. For the purpose of computing time under the Speedy Trial
3  Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period to December
4  18, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and
5  3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by the Court at
6  defendant's request on the basis of the Court's finding that the ends of justice served by taking
7  such action outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: November 7, 2024        */s/ Stephanie Stokman*
                              STEPHANIE STOKMAN
                              Assistant United States Attorney
                              Attorney for Plaintiff


                              HEATHER E. WILLIAMS
                              Federal Defender


Date: November 7, 2024        */s/ Laura Myers*
                              LAURA MYERS
                              Assistant Federal Defender
                              Attorney for Defendant
                              RAMIRO AGUILAR

**O R D E R**

**IT IS SO ORDERED.** The status conference currently scheduled for November 13, 2024, at 1:00 p.m. is hereby continued to **January 8, 2025, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe.** The time period to January 8, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:   **November 8, 2024**         /s/ Barbara A. McAuliffe
                                      UNITED STATES MAGISTRATE JUDGE