HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
LAURA MYERS, IL Bar #6338417
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
RAMIRO AGUILAR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RAMIRO AGUILAR,<br><br>Defendant. | Case No. 1:23-cr-00229-NODJ-BAM<br><br>**STIPULATION TO VACATE STATUS CONFERENCE AND SET FOR CHANGE-OF-PLEA HEARING; AND ORDER**<br><br>Date:   December 5, 2024<br>Time:  11:00 a.m.<br>Judge: Hon. William Alsup |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Stephanie Stokman, counsel for plaintiff, and Assistant Federal Defender Laura Myers, counsel for Ramiro Aguilar, that the Court may vacate the status conference currently scheduled for January 8, 2025, at 1:00 p.m. and set a change-of-plea hearing on December 5, 2024, at 11:00 a.m.

The parties agree and request that the Court make the following findings:

1. By previous order, this matter was set for a status conference on January 8, 2025, at 1:00 p.m.

2. Mr. Aguilar intends to enter a change of plea.

3. The parties therefore request that the Court vacate the January 8, 2025 status conference and set a change-of-plea hearing on December 5, 2024, at 11:00 a.m.

4. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

*et seq.*, within which trial must commence, the parties agree that the time period of November 20, 2024, to December 5, 2024, inclusive, is excludable pursuant to 18 U.S. C. § 3161(h)(1)(G) and (h)(7)(B)(iv). Specifically, the parties agree that the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act because the continuance ensures continuity of counsel and the delay results from defense counsel's continued review of discovery and case assessment.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: November 20, 2024        */s/ Stephanie Stokman*
                               STEPHANIE STOKMAN
                               Assistant United States Attorney
                               Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: November 20, 2024        */s/ Laura Myers*
                               LAURA MYERS
                               Assistant Federal Defender
                               Attorney for Defendant
                               RAMIRO AGUILAR

**O R D E R**

**IT IS SO ORDERED.** The status currently scheduled for January 8, 2025, at 1:00 p.m. is vacated. A change-of-plea hearing is hereby set for **December 5, 2024, at 11:00 a.m. before the Honorable William Alsup.** For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of November 20, 2024, to December 5, 2024, inclusive, is excludable pursuant to 18 U.S.C. § 3161(h)(1)(G) and (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:   **November 20, 2024**          /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE

**O R D E R**

**IT IS SO ORDERED.** The status currently scheduled for January 8, 2025, at 1:00 p.m. is vacated. A change-of-plea hearing is hereby set for **December 5, 2024, at 11:00 a.m. before the Honorable William Alsup.** For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of November 20, 2024, to December 5, 2024, inclusive, is excludable pursuant to 18 U.S.C. § 3161(h)(1)(G) and (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:   **November 20, 2024**          /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE