HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
LAURA MYERS, IL Bar #6338417
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
RAMIRO AGUILAR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:23-cr-00229-NODJ-BAM |
| Plaintiff, | **STIPULATION TO CONTINUE CHANGE-OF-PLEA HEARING; ORDER** |
| vs. | Date:   January 27, 2025 |
| RAMIRO AGUILAR, | Time:   8:30 a.m. |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Stephanie Stokman, counsel for plaintiff, and Assistant Federal Defender Laura Myers, counsel for Ramiro Aguilar, that the Court may continue the change-of-plea hearing currently set for December 5, 2024, at 11:00 a.m, to January 27, 2025, at 8:30 a.m.

This matter was previously set for a change-of-plea hearing on December 5, 2024. Mr. Aguilar recently suffered an accidental injury while participating in a recreational activity at his detention location and needs time to recover prior to his change-of-plea hearing.  The parties therefore seek a two-month continuance to ensure Mr. Aguilar has adequate time to prepare for the hearing and is able to participate in it fully.

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the parties agree that the time period of November 27, 2024,

to January 27, 2025 inclusive, is excludable pursuant to 18 U.S. C. § 3161(h)(1)(G) and (h)(7)(B)(iv). Specifically, the parties agree that the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act because the continuance ensures continuity of counsel and the delay results from defense counsel's continued review of discovery and case assessment.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: November 27, 2024        */s/ Stephanie Stokman*
STEPHANIE STOKMAN
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: November 27, 2024        */s/ Laura Myers*
LAURA MYERS
Assistant Federal Defender
Attorney for Defendant
RAMIRO AGUILAR

**O R D E R**

IT IS SO ORDERED that the change of plea hearing is continued from December 5, 2024, to **January 27, 2025, at 8:30 a.m. in Courtroom 5 before the District Court Judge**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:  **November 29, 2024**          /s/ *Barbara A. McAuliffe*
                                      UNITED STATES MAGISTRATE JUDGE