1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  LAURA MYERS, IL Bar #6338417
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   RAMIRO AGUILAR

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,           Case No. 1:23-cr-00229-NODJ-BAM

12              Plaintiff,              **STIPULATION TO CONTINUE CHANGE-
                                        OF-PLEA HEARING; ORDER**
13  vs.
                                        Date:   February 3, 2025
14  RAMIRO AGUILAR,                     Time:   9:30 a.m.

15              Defendant.

16

17      IT IS HEREBY STIPULATED by and between the parties through their respective

18  counsel, Assistant United States Attorney Stephanie Stokman, counsel for plaintiff, and Assistant

19  Federal Defender Laura Myers, counsel for Ramiro Aguilar, that the Court may continue the

20  change-of-plea hearing currently set for January 27, 2025, at 9:30 a.m, to February 3, 2025, at

21  9:30 a.m.

22      This matter was previously set for a change-of-plea hearing on December January 27,

23  2025.  Due to the unavailability of the Court, counsel were asked to continue the change-of-plea

24  hearing to the following week.

25      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*,

26  within which trial must commence, the parties agree that the time period of January 27, 2025, to

27  February 3, 2025 inclusive, is excludable pursuant to 18 U.S. C. § 3161(h)(1)(G) and

28  (h)(7)(B)(iv). Specifically, the parties agree that the ends of justice served by continuing the case

as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act because the continuance ensures continuity of counsel and allows for defense counsel's continued review of discovery and case assessment.

Respectfully submitted,

MICHELE BECKWITH
United States Attorney

Date: January 17, 2025

/s/ Stephanie Stokman
STEPHANIE STOKMAN
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: January 17, 2025

/s/ Laura Myers
LAURA MYERS
Assistant Federal Defender
Attorney for Defendant
RAMIRO AGUILAR

**O R D E R**

**IT IS SO ORDERED.** The change-of-plea hearing currently set for January 27, 2025, is hereby continued to February 3, 2025, at 9:30 a.m. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of January 27, 2025, to February 3, 2025, inclusive, is excludable pursuant to 18 U.S.C. § 3161(h)(1)(G) and (h)(7)(B)(iv).

Date: January 17, 2025

_____
Troy L. Nunley
Chief United States District Judge